IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FAYVIARD, LLC, | : | Case No. 4:13-cv-02400 |
| | : | |
| Plaintiff | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| UGI STORAGE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

June 6, 2014

In accordance with the Memorandum filed this same date IT IS HEREBY ORDERED:

1. Plaintiff Fayviard, LLC's motion for remand to the Court of Common Pleas for Tioga County (Sept. 26, 2013, ECF No. 7) is GRANTED.

2. All other motions (ECF Nos. 6, 8, 12, and 23) are DENIED AS MOOT.

3. The parties shall bear their own costs and actual expenses, including attorney fees.

4. Pursuant to 28 U.S.C. § 1447(c), the case is remanded to the Court of Common Pleas of Tioga County.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge